# Court of Appeals
# of the State of Georgia

ATLANTA, February 11, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0318. JEREMY KNOWLES v. CHELSEA KNOWLES.

On December 23, 2025, the trial court entered an order finding Jeremy Knowles in contempt of child support obligations. Thirty-one days later, on Friday, January 23, 2026, Knowles filed this application for discretionary review. However, an application for discretionary review must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35(d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Knowles failed to meet the statutory deadline, this untimely application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/11/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*